MARY SCHULT *ET AL.*, PLAINTIFFS-PETITIONERS, v. H. & C. REALTY CORPORATION, DEFENDANT-RE-SPONDENT.

See same case below: 53 *N. J. Super.* 128.

*Mr. Henry Shiffman* and *Messrs. Baker, Garber & Chazen* for the petitioner.

*Mr. Raymond L. Cunneen* and *Mr. Hugh J. O'Gorman* for the respondent.

March 9, 1959. Denied.